# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVIN DUKES, | No. 2:19-CV-0469-DMC-P |
| Petitioner, | |
| v. | <u>ORDER</u> |
| A. STUBBS, et al., | |
| Respondents. | |

      Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pursuant to Eastern District of California Local Rules, this case was not assigned to a District Judge when the case was filed. The parties have not consented to Magistrate Judge jurisdiction and the court now finds that assignment of a District Judge is necessary to properly address the case.

      Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to randomly assign a District Judge and to update the docket to reflect the new case number.

Dated: May 29, 2019

                                          DENNIS M. COTA
                                          UNITED STATES MAGISTRATE JUDGE